HERBERT KELDERHOUSE, Appellant, v. JOHN V.
McGARRY et al., Respondents.

*Kelderhouse* v. *McGarry*, 171 App. Div. —, appeal dismissed.
(Submitted February 21, 1916; decided March 14, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered December 13, 1915, affirm-
ing a judgment in favor of defendants entered upon a
dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that the action
was one to set aside a transfer, assignment or written
instrument as in fraud of the rights of creditors, and
that permission to appeal had not been obtained.

*Edward N. Mills* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and
ten dollars costs of motion.